UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
PAZULINEC, FLORENCE J               §   Case No. 11-05454
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKRUPTCY COURT
    219 S. DEARBORN STREET
    CHICAGO, IL 60604
    Attn: Fiscal Department

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/19/2013 in Courtroom 2nd Floor,
    Joliet CIty Hall
    150 West Jefferson Street
    Joliet, IL  60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
PAZULINEC, FLORENCE J § Case No. 11-05454
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 73,000.04 |
| and approved disbursements of | $ | 41,265.70 |
| leaving a balance on hand of[1] | $ | 31,734.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 5,050.00 | $ 0.00 | $ 5,050.00 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 9,270.00 | $ 0.00 | $ 9,270.00 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: International Surities, Ltd. | $ 34.01 | $ 34.01 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 14,613.00 |
| Remaining Balance | $ 17,121.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,358.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 8,087.13 | $ 0.00 | $ 1,967.96 |
| 2 | Chase Bank USA, N.A. | $ 832.83 | $ 0.00 | $ 202.66 |
| 3 | American Express Centurion Bank | $ 46,794.98 | $ 0.00 | $ 11,387.28 |
| 4 | FIA Card Services, NA/Bank of America | $ 14,643.61 | $ 0.00 | $ 3,563.44 |
| | Total to be paid to timely general unsecured creditors | | $ | 17,121.34 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 11-05454-BWB
Florence J Pazulinec                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: bchavez              Page 1 of 2            Date Rcvd: Jun 11, 2013
                             Form ID: pdf006            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2013.
```
db           #+Florence J Pazulinec,    1321 Norley Avenue,    Joliet, IL 60435-4078
16807243     +American Express,    P.O. Box 360001,    Ft Lauderdale, FL 33336-0001
17177516      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16807245      Blatt Hasenmiller Leibsker & Moore,    125 S Wacker Dr # 400,    Chicago, IL 60606-4440
17033883     +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas,Tx 75374-0933
16807246     +Citibank - Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
16807248      HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
16807249      JPMorgan Chase Bank,    P.O. Box 659754,    San Antonio, TX 78265-9754
16807251      Macys,    PO Box 689195,    Des Moines, IA 50368-9195
16807252     +Nationwide Credit Inc,    2015 Vaughn Road Building 400,    Kennesaw, GA 30144-7802
16807253     +Penn Credit Collection,    916 South 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
16807254      West Asset Management Inc,    7333 Tam O'Shanter,    Stockton, CA 95210-3370
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16807247      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 12 2013 03:10:06     Discover Card Services,
               P.O. Box 15192,    Wilmington, DE 19850
16972078      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 12 2013 03:10:06     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17404283      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 12 2013 03:08:41
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16807250     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 12 2013 02:46:46     Kohl's Credit/Recovery,
               P.O. Box 3004,    Milwaukee, WI 53201-3004
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16807244     ##+Bank of America,    P. O. Box 15026,    Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2013**            **Signature:**        _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 2 of 2               Date Rcvd: Jun 11, 2013
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2013 at the address(es) listed below:

```
              John A Reed    on behalf of Debtor Florence J Pazulinec barbf@thebankruptcylaw.com
              Joshua D. Greene    on behalf of Trustee Thomas E Springer jgreene@springerbrown.com,
               llarson@archerbay.com
              Joshua D. Greene    on behalf of Plaintiff Thomas E Springer, Trustee jgreene@springerbrown.com,
               llarson@archerbay.com
              Kent A Gaertner    on behalf of Trustee Thomas E Springer kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Nicole K Fishkin    on behalf of Trustee Thomas E Springer nfishkin@otrlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 8
```