UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
PAZULINEC, FLORENCE J § Case No. 11-05454
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Florence Pazulinec | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITY OF JOLIET | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURITIES, LTD. | | | | | |
| ARS SURVEYING SERVICE, LLC | | | | | |
| MISC. CLOSING COSTS | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POST-PETITION TAXES | | | | | |
| WILL COUNTY TREASURER | | | | | |
| WILL COUNTY TREASURER | | | | | |
| Thomas E. Springer | | | | | |
| KARGES REALTY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt Hasenmiller Leibsker & Moore 125 S Wacker Dr # 400 Chicago, IL 60606-4440 | | | | | |
| | Creditor #: 1 American Express P.O. Box 360001 Ft Lauderdale, FL 33336 | | | | | |
| | Creditor #: 2 Bank of America P. O. Box 15026 Wilmington, DE 19850 | | | | | |
| | Creditor #: 3 Citibank - Sears P.O. Box 6286 Sioux Falls, SD 57117 | | | | | |
| | Creditor #: 4 Discover Card Services P.O. Box 15192 Wilmington, DE 19850 | | | | | |
| | Creditor #: 5 HSBC Card Services P.O. Box 81622 Salinas, CA 93912-1622 | | | | | |
| | Creditor #: 6 JPMorgan Chase Bank P.O. Box 659754 San Antonio, TX 78265-9754 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 7 Kohl's Credit/Recovery P.O. Box 3004 Milwaukee, WI 53201 | | | | | |
| | Creditor #: 8 Macys PO Box 689195 Des Moines, IA 50368-9195 | | | | | |
| | Creditor #: 9 Penn Credit Collection 916 South 14th Street PO Box 988 Harrisburg, PA 17101 | | | | | |
| | Nationwide Credit Inc PO Box 740640 Atlanta, GA 30374-0640 | | | | | |
| | West Asset Management Inc 7333 Tam O'Shanter Stockton, CA 95210-3370 | | | | | |
| 3 | American Express Centurion Bank | | | | | |
| 2 | Chase Bank Usa, N.A. | | | | | |
| 1 | Discover Bank | | | | | |
| 4 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-05454 BWB Judge: Bruce W. Black | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | PAZULINEC, FLORENCE J | Date Filed (f) or Converted (c): | 02/14/11 (f) |
| | | 341(a) Meeting Date: | 03/10/11 |
| For Period Ending: | 01/31/14 | Claims Bar Date: | 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors residence held jointly with deceased husband, Robert Pazulinec, located at 1321 Norley Avenue, Joliet, Illinois | 160,000.00 | 50,000.00 | | 73,000.00 | FA |
| 2. Misc Cash | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Debtors Checking Account with Harris Bank #4356 | 250.00 | 0.00 | | 0.00 | FA |
| 4. Misc Goods & Furnishings | 350.00 | 0.00 | | 0.00 | FA |
| 5. Misc Books & Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 6. Misc Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 7. Misc Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8. Debtors Life Insurance Policy with National Guardian Life | 0.00 | 0.00 | | 0.00 | FA |
| 9. Debtors Pension through Previous Employer | 0.00 | 0.00 | | 0.00 | FA |
| 10. Deceased husbands Penison through through previous employer | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2003 Cadillac STS | 3,500.00 | 0.00 | | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.04 | Unknown |
| TOTALS (Excluding Unknown Values) | $165,900.00 | $50,000.00 | | $73,000.04 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file objections thereto as necessary. After claim objections, if any, are resolved, the Trustee will file the Final Report.

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.04c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 11-05454   BWB   Judge: Bruce W. Black | Trustee Name: THOMAS E. SPRINGER, TRUSTEE |
| Case Name: PAZULINEC, FLORENCE J | Date Filed (f) or Converted (c): 02/14/11 (f) |
| | 341(a) Meeting Date: 03/10/11 |
| | Claims Bar Date: 06/14/11 |

Initial Projected Date of Final Report (TFR): 02/15/13     Current Projected Date of Final Report (TFR): 02/15/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05454 -BWB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | PAZULINEC, FLORENCE J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9460  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0928 | | |
| For Period Ending: | 01/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 62,001.88 | | 62,001.88 |
| 09/25/12 | 010000 | Florence Pazulinec c/o Terry Snyder 2707 Harbor Drive Joliet, IL  60431 | Homestead exemption Sent to son-in-law pursuant to Power of Attorney (rec'd copy from him) | 8100-000 | | 30,000.00 | 32,001.88 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.40 | 31,967.48 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.61 | 31,945.87 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.69 | 31,926.18 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.34 | 31,905.84 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.43 | 31,858.41 |
| 02/26/13 | 010001 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | | 2300-000 | | 34.01 | 31,824.40 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.78 | 31,781.62 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.28 | 31,734.34 |
| 08/02/13 | 010002 | THOMAS E. SPRINGER, TRUSTEE 400 S. County Farm Road Suite 330 Wheaton, IL  60187 | Chapter 7 Compensation/Expense | 2100-000 | | 5,050.00 | 26,684.34 |
| 08/02/13 | 010003 | CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET CHICAGO, IL 60604 Attn:  Fiscal Department | Clerk of the Courts Costs (includes | 2700-000 | | 293.00 | 26,391.34 |
| 08/02/13 | 010004 | Thomas E. Springer 400 S. County Farm Road Suite 330 Wheaton, IL  60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 8,115.00 | 18,276.34 |
| | | | Page Subtotals | | 62,001.88 | 43,725.54 | |

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05454 -BWB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PAZULINEC, FLORENCE J | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9460 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0928 | | | |
| For Period Ending: | 01/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/02/13 | 010005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 1, Payment 25.97596% | 7100-900 | | 2,100.71 | 16,175.63 |
| 08/02/13 | 010006 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Claim 2, Payment 25.97649% | 7100-900 | | 216.34 | 15,959.29 |
| 08/02/13 | 010007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 3, Payment 25.97601% | 7100-900 | | 12,155.47 | 3,803.82 |
| 08/02/13 | 010008 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 4, Payment 25.97597% | 7100-900 | | 3,803.82 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 62,001.88 | 62,001.88 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 62,001.88 | 0.00 | |
| | | Subtotal | 0.00 | 62,001.88 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 30,000.00 | |
| | | Net | 0.00 | 32,001.88 | |

| | | Page Subtotals | 0.00 | 18,276.34 |

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-05454 -BWB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PAZULINEC, FLORENCE J | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1011 MONEY MARKET |
| Taxpayer ID No: | *******0928 | | | |
| For Period Ending: | 01/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/18/11 | 1 | Mark S. Tyda<br>4966 W 4000 N Rd.<br>Kankakee, IL 60901 | Deposit on RE purch | 1110-000 | 1,000.00 | | 1,000.00 |
| 09/15/11 | 000100 | Mark S. Tyda<br>4966 W. 4000 N. Rd.<br>Kankakee, IL 60901 | Refund of Earnest Money<br>contract declared null and void | 1110-002 | | 1,000.00 | 0.00 |
| 09/30/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 0.01 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.41 | -0.40 |
| 11/08/11 | | BANK OF AMERICA | BANK SERVICE FEE reversal | 2600-000 | 0.40 | | 0.00 |
| 08/24/12 | 1 | First American Title Insurance Company<br>27775 Diehl Road<br>Warrenville, IL 60555 | Sale of Real Estate | | 62,006.93 | | 62,006.93 |
| | | FIRST AMERICAN TITLE | Memo Amount: 73,000.00<br>Gross Sale of real estate | 1110-000 | | | |
| | | POST-PETITION TAXES | Memo Amount: ( 1,912.15 )<br>Post-peititon county taxes | 2820-000 | | | |
| | | KARGES REALTY | Memo Amount: ( 3,650.00 )<br>Realtor's commision | 3510-000 | | | |
| | | CITY OF JOLIET | Memo Amount: ( 26.76 )<br>Final Water Bill | 4120-000 | | | |
| | | ARS SURVEYING SERVICE, LLC | Memo Amount: ( 335.00 )<br>Survey | 2500-000 | | | |
| | | WILL COUNTY TREASURER | Memo Amount: ( 1,592.11 )<br>1st installment of taxes | 2820-000 | | | |
| | | WILL COUNTY TREASURER | Memo Amount: ( 1,523.55 )<br>2nd Installement of taxes | 2820-000 | | | |
| | | MISC. CLOSING COSTS | Memo Amount: ( 1,953.50 )<br>Miscellaneous closing costs | 2500-000 | | | |

Page Subtotals 63,007.34 1,000.41

Ver: 17.04c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05454 -BWB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | PAZULINEC, FLORENCE J | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1011  MONEY MARKET |
| Taxpayer ID No: | *******0928 | | |
| For Period Ending: | 01/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | 12 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 62,006.96 |
| 08/31/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 5.08 | 62,001.88 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 62,001.88 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 73,000.00 | COLUMN TOTALS | 63,007.37 | 63,007.37 | 0.00 |
| Memo Allocation Disbursements: | 10,993.07 | Less:  Bank Transfers/CD's | 0.00 | 62,001.88 | |
| | | Subtotal | 63,007.37 | 1,005.49 | |
| Memo Allocation Net: | 62,006.93 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 63,007.37 | 1,005.49 | |

| | | | NET | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 73,000.00 | TOTAL - ALL ACCOUNTS | DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 10,993.07 | CHECKING ACCOUNT - ********9460 | 0.00 | 32,001.88 | 0.00 |
| | | MONEY MARKET - ********1011 | 63,007.37 | 1,005.49 | 0.00 |
| Total Memo Allocation Net: | 62,006.93 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 63,007.37 | 33,007.37 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.03   62,006.96

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)